# ORDER/COVER SHEET

**TO:** **Honorable Nathanael Cousins**
**Chief U.S. Magistrate Judge**

**RE:** **LOPEZ, Santos Ignacio Urrea**

**FROM:** **Amaryllis Austin, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:26-cr-00420-EKL**

**Date:** **11/6/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Allyse Johnson | 415-436-7508 |
|---|---|
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge ____________________ Presiding District Court Judge ____________________

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

The following condition be **modified** on the defendant's bond to reflect the following:

*1. Defendant must not use alcohol* ***at all*** *and must not use or possess any narcotic or other controlled substance without a legal prescription.*

The following condition be **removed** from the defendant's bond:

*2. Defendant must continue or actively seek employment, or continue or start an educational program approved by Pretrial Services.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

________________________________________

[signature] November 6, 2026

**JUDICIAL OFFICER** **Date**